IN THE UNITED STATES DISTRICT COURT,
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **EDWARD TYRONE RIDLEY,** : | |
| : | |
| Petitioner : | |
| : | |
| VS. : | |
| : | CIVIL NO. 5:16-CV-0172-MTT-MSH |
| **Warden CONLEY,** : | |
| : | |
| Respondent. : | |

# ORDER

Currently before the Court is Petitioner's response and objection (ECF No. 11) to the Court's August 23, 2016, Order (ECF No. 10) granting his motion for reconsideration but dismissing his habeas petition on other grounds. The same order also denied Petitioner a Certificate of Appealability and leave to appeal *in forma pauperis*. *See id*.

The Court has now read and considered the objections raised in Petitioner's response and finds no valid basis for reconsideration. Petitioner's response simply repeats the same arguments previously addressed by the Court and rejected on the merits. Petitioner's repeated insistence that he was deprived of his right of due process when the State of Florida placed him on its sex offender registry further has no bearing on this Court's conclusion that Petitioner's claims were unexhausted and duplicative.1  *See id*.

---

1 Petitioner has another case pending in this Court in which he raises the same or similar arguments. *See Ridley v. Conley*, 1:16-cv-108-LJA-TQL, Amend. Pet., ECF No. 16 (MD. Ga. Sept. 6, 2016).

Petitioner's Objection is thus **OVERRULED**, and his request for Reconsideration is **DENIED**.

**SO ORDERED**, this 12th day of December, 2016.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT